## DECLARATION IN SUPPORT OF COMPLAINT

I, Douglas R. McCarroll, Reg. No. 12012-014, do hereby declare under penalty of perjury and Title 28 U.S.C. § 1746 as follows:

1) I am the Plaintiff pro se in this Complaint and I understand the duties and obligations of an oath.

2) On October 14, 2004, I was admitted to Donald Wyatt Detention Facility in Rhode Island from a writ of habeas corpus.

3) I have a hernia that I wear truss belt for and I have a herniated disc and permenant back injury.

4) I have a bottom bunk pass since 1995.

5) When I learned on October 14, 2004 that i was placed on a top bunk I went to the officers in B pod and told them. They told me it's the only bed available.

6) In the morning of October 15, 2004, after being awakened at around 4:30 a.m. or so and told to pack out for court, I fell off the top bunk getting down.

7) I told the morning watch officer and I left a carbon copy letter to Captain Johnson with him.

8) When I went to receiving and discharge, the medical person told me that since I was able to walk, he would not treat me or make a report.

FURTHER THE AFFIANT SAYTH NOT

I declare under penalty of perjury that the following is true and correct to the best of my knowledge, and under Title 28 U.S.C. § 1746.

Douglas R. McCarroll
Dated: October 12, 2007

Appendix A

**DONALD W. WYATT DETENTION FACILITY**
**DETAINEE PERSONAL PROPERTY RECORD FOR INTAKE, ISSUE, COURT CLOTHES, RELEASE, & TRANSFER**

| Detainee: DOUGLAS McCARROLL | ID#: 12012-014 | Unit: | Date and Time of Inventory: 10-14-04 5:00pm |
|---|---|---|---|

| Purpose of Inventory (Check one that applies): | Disposition (Disp.): |
|---|---|
| a. ☑ Intake | 1 = Issue |
| b. ☐ Issue | 2 = Donated |
| c. ☐ Release | 3 = Destroy |
| d. ☐ Transfer | 4 = Mail out |
| e. ☐ Court Clothes | 5 = Stored in property |
| | 6 = Departed Facility with detainee |

Item Codes

| | | | | |
|---|---|---|---|---|
| A= Sneakers | F= Rings | K= Earrings | P= Pants | U=Belt |
| B= Shoes | G= Bracelet | L = Radio | Q= Jacket | V=Legal Material/Paperwork |
| C= Boots | H= Necklace | M= Headphones | R=Underwear | W=Personal Papers/Items |
| D= Sandals | I= Pendants | N= Socks | S= Shirts | X= Commissary Article |
| E= Shower Shoes | J= Watch | O= Outside Facility Uniform | T= T-Shirts | Y= Other |

| Item Code | Description | Off. Initial | Code Disp. | Date | Value | Intake Detainee Signature | Code Disp. | Date | Release Detainee Signature |
|---|---|---|---|---|---|---|---|---|---|
| O | I/M Uniform | MU | 5 | 10-14-04 | | [signature] | | | |
| Q | I/M Jacket (Tan) | | | | | | | | |
| A | Sneakers | | | | | | | | |
| N | Socks | | | | | | | | |
| R | Underwear | | | | | | | | |
| T | T-Shirt | | | | | | | | |
| | | | | | | | | | |
| V | 7 Books (legal) | | | | | | | | |
| V | Legal Papers | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Officer Signature: [signature] | Officer Print: Lavin | Date: 10-14-04 |
|---|---|---|

White Copy – Detainee's Property File
Yellow Copy – Records
Pink Copy – Detainee

10/15/04

Dear Captain Johnson:

Hey Big Guy! How R U? I just missed you— Good to have you fo Captain; I'm at FMC Devens - your nephew Andy works there - good guy -

Long time, hey? Please say Hi to Jean N June 4 me. - C U one of these days.

Yours Sincerely,
Doug McCarroll
12012-014

P.S. I fell off the top bunk this morning. —