# FINANCIAL AFFIDAVIT
## In Support of a Motion to Proceed In Forma Pauperis

Case Name: McCarroll v. Levin, et seq.

Docket Number: CA 07 391 ML

## EMPLOYMENT

Are you now employed? ___ Yes ___ No ✓ Self Employed
Name & Address of Employer: ______

If YES, how much do you earn per month? $ 12.66

If NO, give month & year of last employment NA

How much did you earn per month? $12.166

If married, is your spouse employed? ___ Yes ✓ ~~No~~
If YES, how much does your spouse earn per month? $ NA

If a minor under age 21, what is your parents' or guardian's approximate monthly income? NA
$______

## OTHER INCOME

Have you received in the past 12 months any income from a business, profession, or other form of self-employment, or in the form of rent, payments, interest, dividends, retirement or annuity payments, or other sources? ___ Yes ___ No
If YES, give the amount received and identify sources:

| Received | Sources: |
| --- | --- |
| NA | |

## CASH

Have you any cash on hand or money in savings, a prisoner trust fund account or checking account? ✓ Yes ___ No
If YES, state total amount $ $50

**PROPERTY**

Do you own any real estate, stock, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing?) ___ Yes ✓ No
If YES, give value and describe it:

| Value | Description |
| --- | --- |
| | |
| | |
| | |
| | |

**DEPENDENTS**

Marital status: Total No. of Dependents: ________

✓ Single
___ Married
___ Widowed
___ Separated or Divorced

List persons you actually support & your relationship

______________________________
______________________________
______________________________
______________________________

**DEBTS & MONTHLY BILLS**

List all creditors, including banks, loan companies, charge accounts, etc.

| Creditors: | Total Debt: | Monthly Payment: |
| --- | --- | --- |
| Apt. or Home: N/A | $ 0 | $ 0 |
| | $ 0 | $ 0 |
| | $ 0 | $ 0 |
| | $ 0 | $ 0 |

I certify the above to be correct. [signature] 10/16/07

Signature of movant Date

**WARNING:** A false or dishonest answer to a question in this affidavit may be punishable by fine, imprisonment, or both.