UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS R. MCCARROLL

v. CA 07-391 ML

OFFICER LEVIN

ORDER

This matter is before the Court on Plaintiff's response to an order to show cause why the case should not be dismissed for lack of prosecution. On October 26, 2007, Magistrate Judge Hagopian granted Plaintiff's application to proceed *in forma pauperis*, however, pursuant to 28 U.S. C. § 1915(b)(1), Plaintiff was assessed an initial filing fee of $10. That payment was to be submitted to the Court within 20 days of Magistrate Judge Hagopian's order. In addition, Plaintiff was ordered to make subsequent periodic payments from his prison trust account until the $350 filing fee is paid in full.

To date, no portion of the filing fee has been paid. In his response to the order to show cause, Plaintiff does not offer any reason as to why he has not complied with Magistrate Judge Hagopian's order or why he has failed to prosecute this action. Accordingly, the matter is DISMISSED without prejudice.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
April 11, 2008